# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:04-cv-02577-JAP-MCA

04cv 12285
PBS

ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST et al v. PFIZER INC et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 06/02/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

---

**ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST**

represented by **LISA J. RODRIGUEZ**
TRUJILLO RODRIGUEZ & RICHARDS, LLP
8 KINGS HIGHWAY WEST
HADDONFIELD, NJ 08033
(856) 795-9002
Email: lisa@trrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BRIAN KRAH,** *ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED*

represented by **LISA J. RODRIGUEZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

---

**PFIZER INC**

represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**WARNER LAMBERT COMPANY**

represented by **RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2004 | 1 | COMPLAINT against PFIZER INC, WARNER LAMBERT COMPANY ( Filing fee $ 150 receipt number 323776.) JURY DEMAND, filed by ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, BRIAN KRAH. (Attachments: # 1 COMPLAINT PART II)(ji, ) (Entered: 06/03/2004) |
| 06/03/2004 | | Summons Issued as to PFIZER INC, WARNER LAMBERT COMPANY.Days Due - 20. (MAILED TO COUNSEL) (ji, ) (Entered: 06/03/2004) |
| 06/07/2004 | 3 | MOTION to Transfer Case to USDC for NJ by ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, BRIAN KRAH. (Attachments: # 1 brief)(jd, ) (Entered: 06/16/2004) |
| 06/16/2004 | 2 | NOTICE by ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, BRIAN KRAH *of Lodgment* (Attachments: # 1 Exhibits A & B to Notice of Lodgment# 2 Exhibit C-1 to Notice of Lodgment# 3 Exhibit C-2 to Notice of Lodgment# 4 Exhibit C-3 to Notice of Lodgment# 5 Exhibit C-4 to Notice of Lodgment# 6 Exhibit C-5 to Notice of Lodgment# 7 Exhibit C-6 to Notice of Lodgment# 8 Exhibit C-7 to Notice of Lodgment# 9 Exhibit C-8 to Notice of Lodgment# 10 Exhibit C-9 to Notice of Lodgment# 11 Exhibit C-10 to Notice of Lodgment# 12 Exhibit C-11 to Notice of Lodgment# 13 Exhibit D to Notice of Lodgment# 14 Letter to the Court) (RODRIGUEZ, LISA) (Entered: 06/16/2004) |
| 06/17/2004 | 4 | NOTICE of Change of Address by LISA J. RODRIGUEZ (Attachments: # 1 Letter to the Court)(RODRIGUEZ, LISA) (Entered: 06/17/2004) |
| 06/24/2004 | 5 | (MDL)NOTICE of Attorney Appearance w/cert of service (jd, ) (Entered: 06/24/2004) |
| 06/29/2004 | 6 | Application and Proposed Order for Clerk's Order to extend time to answer as to Plaintiffs Complaint. Attorney RICHARD G. PLACEY and RICHARD G. PLACEY for PFIZER INC and WARNER LAMBERT COMPANY added. (Attachments: # 1 Text of Proposed Order # 2 Certification of Service)(PLACEY, RICHARD) (Entered: 06/29/2004) |
| 07/01/2004 | 7 | Application and Clerk's Order to extend time to answer as to PFIZER INC ; WARNER LAMBERT COMPANY Attorney RICHARD G. PLACEY for PFIZER INC and WARNER LAMBERT COMPANY added.. Answer due 7/14/04 (jd, ) (Entered: 07/01/2004) |

| 07/21/2004 | 8 | LETTER ORDER scheduling Initial Conference for 8/23/2004 03:30 PM in Newark - Courtroom 2A before Magistrate Judge Madeline C. Arleo.. Signed by Judge Madeline C. Arleo on 7/21/04. (jl, ) (Entered: 07/21/2004) |
|---|---|---|
| 07/22/2004 | 9 | Consent ORDER extending time for dfts to respond to complaint until 7/31/04. Signed by Judge Madeline C. Arleo on 7/19/04. (jd, ) (Entered: 07/23/2004) |
| 07/26/2004 | 10 | ACKNOWLEDGEMENT OF SERVICE Executed by ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, BRIAN KRAH. ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST served on 6/8/2004, answer due 6/28/2004; BRIAN KRAH served on 6/8/2004, answer due 6/28/2004. (Attachments: # 1 Letter to the Court)(RODRIGUEZ, LISA) (Entered: 07/26/2004) |
| 08/25/2004 | 11 | Consent ORDER that defts shall have an extension of time until 8/31/04 to serve answer, etc. . Signed by Judge Madeline C. Arleo on 8/18/04. (jd, ) (Entered: 08/26/2004) |
| 09/08/2004 | 12 | Consent ORDER further extending time to 10/15/04, for defts to respond to complaint and other deadlines . Signed by Judge Madeline C. Arleo on 9/2/04. (jd, ) (Entered: 09/08/2004) |
| 10/20/2004 | 13 | Consent ORDER further extending time for defts to respond to complaint until 11/15/04, etc.. Signed by Judge Madeline C. Arleo on 10/19/04. (jd, ) (Entered: 10/21/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:34:10 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cv-02577-JAP-MCA Start date: 1/1/1970 End date: 10/27/2004 |
| Billable Pages: | 2 | Cost: | 0.14 |