UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
50 WALNUT STREET
NEWARK, NEW JERSEY 07101

CAMDEN OFFICE
1 JOHN F. GERRY PLAZA
CAMDEN, NJ 08101

WILLIAM T. WALSH
Clerk

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

OFFICE OF THE CLERK
USDC for the DISTRICT OF
MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MA 02210

REPLY TO: NEWARK

DATE: 11/8/04

Re: ASEA/AFSCME LOCAL 52 V PFIZER, INC., ETAL
Civil Docket No. 04-2557

Dear Clerk:

The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the MDL Order. Also enclosed is a Certified Copy of the Docket Sheet. You can obtain the original record by accessing CM/ECF through PACER.. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By Jane DelleMonache
Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _Christine Patch_   DATE: _11/18/04_

YOUR CIVIL DOCKET NUMBER: _04cv12285_